# Order

Michigan Supreme Court
Lansing, Michigan

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148927

MATTHEW HELTON,
          Plaintiff-Appellant,

v

LISA MARIE BEAMAN and DOUGLAS
BEAMAN,
          Defendants-Appellees.

SC: 148927
COA: 314857
Oakland CC Family Division:
2012-798218-DP

_____/

On order of the Court, the application for leave to appeal the February 4, 2014 judgment of the Court of Appeals is considered. The Court respectfully requests that the appellees answer the application for leave to appeal within 42 days of the date of this order.

The application for leave to appeal remains pending.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



s0611

Clerk